**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 24, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-11063
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LORETTA A. FIELD,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:02-CR-82-1-G
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender, appointed to represent Loretta

A. Field on appeal, has filed a motion to withdraw and a brief as

required by *Anders v. California*, 386 U.S. 738 (1967). Field has

filed no response. Our independent review of counsel's brief,

and the record discloses no nonfrivolous issue. Accordingly,

counsel's motion to withdraw is GRANTED; counsel is excused from

further responsibilities herein, and the APPEAL IS DISMISSED.

*See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.